UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PHILIP WEINTRAUB and JAMILA
WEINTRAUB,

                     Plaintiffs,         AFFIDAVIT OF PAUL FERLAND IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT

               -against-          PURSUANT TO FRCP 12(B)(6)

GREAT NORTHERN INSURANCE COMPANY,    Case No.1:21-CV-07965

                   Defendant.
------------------------------------------------------------------X

I, Paul Ferland, being duly sworn, state as follows:

1.    I am the attorney for Defendant, Great Northern Insurance Company in the above-entitled action and I am familiar with the file, records, and pleadings in this matter. I am duly licensed to practice law in the state of New York. I make this declaration of my own personal knowledge, except as indicated, and could testify to the facts stated herein if called to do so. I submit this affidavit in support of Defendant, Great Northern Insurance Company's Motion to Dismiss.

2.    Attached hereto is a true and correct copy of the insurance policy issued by Great Northern Insurance Company to Phillip and Jamila Weintraub, policy no. 11585221-05, for policy period August 18, 2019 to August 18, 2020, referenced in Plaintiffs' Complaint, marked as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

                                                               _____

                                                               Paul Ferland, Affiant