UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHILIP WEINTRAUB and
JAMELIA WEINTRAUB,

                Plaintiff,
    -against-                                               21 **CIVIL** 7965 (JSR)

                                                                 **JUDGMENT**

GREAT NORTHERN INSURANCE CO.,

                Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated December 29, 2022, the Court has granted Chubb's motion for summary judgment and has denied Weintraub's. Final judgment is entered in favor of defendant Chubb; accordingly, the case is closed.

**Dated:**  New York, New York

       December 30, 2022

                                                            **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                             **BY:**     *K. Mango*

                                                                 **Deputy Clerk**